# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145691 & (44)(45)

LEELANAU COUNTY SHERIFF and
COUNTY OF LEELANAU,
  Plaintiffs/Counter-
  Defendants-Appellants,

v

SC: 145691
COA: 302195
Leelanau CC: 2010-008301-AS

JAMES KIESSEL,
  Defendant/Counter-
  Plaintiff-Appellee.

_____/

On order of the Court, the motion for immediate consideration and the motion for leave to file brief amicus curiae are GRANTED. The application for leave to appeal the July 5, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2012

_____
Clerk

t1017